UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tina Hurley,

        Plaintiff,

v.

Commissioner of Social Security,

        Defendant.
_____/

Case No. 13-10009

Honorable Nancy G. Edmunds

## ORDER OVERRULING PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13] AND ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12]

This matter came before the Court on the magistrate judge's October 3, 2013 report and recommendation. (Dkt. 12.) The magistrate judge recommended that the Court deny Plaintiff's request for social security benefits. (*Id.*) On October 17, 2013, Plaintiff objected to the magistrate judge's report and recommendation. (Dkt. 13.) On October 28, 2013, Defendant responded to Plaintiff's objections. (Dkt. 14.)

The Court is fully advised in the premises, has read the pleadings, and has conducted a de novo review of Plaintiff's objections. The Court finds that the magistrate judge appropriately considered and rejected the three issues that Plaintiff raised in her objection. The Court therefore OVERRULES Plaintiff's objection, and ACCEPTS and ADOPTS the magistrate judge's report and recommendation. The Court DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

                                  s/Nancy G. Edmunds

                                      Nancy G. Edmunds
                                      United States District Judge

Dated: December 17, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2013, by electronic and/or ordinary mail.

                                      s/Richard Loury for Carol A. Hemeyer
                                      Case Manager